AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Lissa Mel<br><br>*Defendant* | )<br>)<br>) Case No. 8:18-mj-02526-TMD<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 11/15/18

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jonathan Biran 28098
*Printed name and bar number of defendant's attorney*

2002 Clipper Park Rd., Ste 108, Baltimore MD 21211
*Address of defendant's attorney*

jbiran@rwllaw.com
*E-mail address of defendant's attorney*

(410) 769-8080
*Telephone number of defendant's attorney*

(410) 769-8811
*FAX number of defendant's attorney*