# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LISSA MEL,<br>    a/k/a "Monica Sanders,"<br><br>Defendant | Criminal Action No. TDC-18-571 |

## THE GOVERNMENT'S POSITION
## REGARDING THE DEFENDANT'S CONDITIONS OF RELEASE

The Government respectfully submits this filing to apprise the Court (1) that it does not seek any change in the Defendant's detention status or release conditions; (2) that it agrees that the Defendant should be permitted to travel to Maryland for her rearraignment this week, to the extent not already permitted and as requested by the Defendant (Dkt. No. 33); and (3) that the Government otherwise takes no position on the modifications to the Defendant's release conditions that she has requested (*see id.*).

Dated: December 9, 2018

                                                    Respectfully submitted,

                                                    Sandra Moser
                                                    Acting Chief, Fraud Section
                                                    Criminal Division
                                                    U.S. Department of Justice

By:        /s/
                 Ankush Khardori, Trial Attorney
                 Tracee Plowell, Assistant Chief

                 Fraud Section, Criminal Division
                 U.S. Department of Justice
                 1400 New York Ave. N.W.
                 Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will notify counsel for the parties of the filing.

By:    /s/
       Ankush Khardori
       Trial Attorney
       Fraud Section, Criminal Division
       U.S. Department of Justice