IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   NO. 8:18-cr-00571-TDC |
| | * |
| **LISSA MEL,** | * |
| a/k/a "Monica Sanders," | * |
| | * |
| **Defendant** | * |

\*\*\*\*\*\*\*

## ORDER GRANTING EXCLUSION OF TIME
## PURSUANT TO 18 U.S.C. § 3161(c) and (h)(7)

Upon consideration of the Government's Motion to Continue the Arraignment and for Exclusion of Time Pursuant to 18 U.S.C. § 3161(c) and (h)(7) (the "Consent Motion"), the Court makes the following findings:

1. On September 13, 2018, the Defendant was charged in a criminal complaint filed in this Court with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349.

2. On September 17, 2018, the Defendant was arrested and had her initial appearance in the United States District Court for the Central District of California.

3. On October 10, 2018, the Defendant had her initial appearance in this District.

4. Also on October 10, 2018, this Court granted a consent motion by the parties to continue any preliminary hearing in this District to October 31, 2018 and to exclude the period from October 17, 2018 to October 31, 2018 from the 30-day period within which an indictment or information charging the Defendant with the commission of an offense must be filed. (Dkt. No. 14.)

5. On October 25, 2018, this Court granted a second consent motion by the parties to continue any preliminary hearing in this District to November 9, 2018 and to exclude the period

from October 31, 2018 to November 9, 2018 from the 30-day period within which an indictment or information charging the Defendant with the commission of an offense must be filed. (Dkt. No. 17.)

6. On November 8, 2018, this Court granted a third consent motion by the parties to continue any preliminary hearing in this District to November 15, 2018 and to exclude the period of November 9, 2018 to November 15, 2018 from the 30-day period within which an indictment or information charging the Defendant with the commission of an offense must be filed. (Dkt. No. 20.)

7. On November 15, 2018, the Defendant executed a form waiving the preliminary hearing in this matter. (Dkt. No. 25.)

8. On November 16, 2018, the United States filed an Information charging the Defendant with one count of conspiracy in violation of 18 U.S.C. § 371. (Dkt. No. 26.)

9. The case was set for arraignment on the Information on December 14, 2018 (Dkt. No. 36). The parties appeared for the hearing, but the case was unable to proceed and adjourned for a status hearing on January 4, 2019.

10. In a Consent Motion, the parties move to continue the arraignment on the Information in order to discuss a resolution of this matter, and for an exclusion of the time from November 15, 2018 to January 4, 2019, from the computation of the time under the Speedy Trial Act.

11. For the reasons stated above and in the Consent Motion, pursuant to 18 U.S.C. § 3161(c) and (h)(7), the Court concludes that, there is good cause to grant the continuance of the arraignment on the Information and the ends of justice would be served by excluding time as requested by the parties.

**WHEREFORE**, in the interest of the Defendant and the interests of the public it is,

**HEREBY ORDERED** that:

(i) the arraignment on the Information is continued; and

(ii) all time from November 15, 2018 to January 4, 2019, is excluded from the computation of time under the Speedy Trial Act.

1/2/19
Date

Hon. Theodore D. Chuang
United States District Judge